UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 17-2813
_____

ARTURO DELACRUZ,
                                                      Appellant

v.

UNITED STATES OF AMERICA

_____

On Appeal from the United States District Court for the
District of New Jersey
(D.C. Civil Action No. 3-16-cv-02078)
District Judge:  Hon. Michael A. Shipp

Submitted Pursuant to Third Circuit L.A.R. 34.1(a)
November 19, 2019

Before:  CHAGARES, MATEY, and FUENTES, <u>Circuit</u> <u>Judges</u>.

_____

ORDER
_____

        IT IS NOW ORDERED that the Court's opinion, filed on November 21, 2019, is hereby amended as follows:

(1)  On page 3, paragraph 3, the last sentence is revised to read "We then appointed CJA counsel to represent Delacruz."

(2)  On page 3, footnote 1 is amended to read "We commend counsel for their excellent briefing."

                                                      By the Court,

                                                      <u>Michael A. Chagares</u>
                                                      Circuit Judge

Dated: January 16, 2020